AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Meghan Rutledge (AKA: Meghan Bostic)

_____
*Defendant*

)
)
)
)
)
)

**Case: 1:21-mj-00625**
**Assigned To : Faruqui, Zia M.**
**Assign. Date : 10/5/2021**
**Description: Complaint w/ Arrest Warrant**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Meghan Rutledge (AKA: Meghan Bostic)                         ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☒ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:   10/05/2021

Zia M. Faruqui
2021.10.05 16:36:28 -04'00'

_____
*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/13/2021 , and the person was arrested on *(date)* 10/13/2021 at *(city and state)* Chesapeake, VA . |

Date:   10/13/2021

_____
*Arresting officer's signature*

Mathew Slodmaker  Special Agent
*Printed name and title*