# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 21-CR-643-CKK |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| **MEGHAN RUTLEDGE,** | : | 18 U.S.C. § 1752(a)(1) |
| **WILLARD THOMAS BOSTIC, JR.,** | : | (Entering and Remaining in a Restricted |
| aka "**TOM BOSTIC**" | : | Building) |
| aka "**WILLIAM THOMAS BOSTIC,** | : | 18 U.S.C. § 1752(a)(2) |
| **JR.**", | : | (Disorderly and Disruptive Conduct in a |
| and **KAREGAN BOSTIC,** | : | Restricted Building) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Violent Entry and Disorderly Conduct in |
| Defendants. | : | a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **MEGHAN RUTLEDGE, WILLARD THOMAS BOSTIC, JR., aka "TOM BOSTIC", aka "WILLIAM THOMAS BOSTIC, JR.",** and **KAREGAN BOSTIC**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

2

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **MEGHAN RUTLEDGE, WILLARD THOMAS BOSTIC, JR., aka "TOM BOSTIC", aka "WILLIAM THOMAS BOSTIC, JR.",** and **KAREGAN BOSTIC**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

    (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **MEGHAN RUTLEDGE, WILLARD THOMAS BOSTIC, JR., aka "TOM BOSTIC", aka "WILLIAM THOMAS BOSTIC, JR.",** and **KAREGAN BOSTIC**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

    (**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

3

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **MEGHAN RUTLEDGE, WILLARD THOMAS BOSTIC, JR., aka "TOM BOSTIC", aka "WILLIAM THOMAS BOSTIC, JR.",** and **KAREGAN BOSTIC**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


*By: /s/ Anthony L. Franks*
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee-Federal Major Crimes
United States Attorney's Office
111 South 10th Street
St. Louis, Missouri 63110
Telephone No. (314) 539-3995
anthony.franks@usdoj.gov