## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : CASE NO. 1:21-cr-00643-1 (CKK)
:
MEGHAN RUTLEDGE :
:

## ORDER

Upon the unopposed motion of the the defence, the sentencing hearing currently set for 3 March, 2023 is continued to _March 31, 2023 at 4:00 PM by Zoom._

So Ordered.

_Colleen Kollar-Kotelly_
Honorable Colleen Kollar-Kotelly

_Jan 26, 2023_
Date